GULF-CANAL LINES, INC., ET AL. *v.* UNITED
STATES ET AL.

No. 947.   Decided March 20, 1967.

*Harry C. Ames, Jr., T. Randolph Buck, Nuel D. Belnap*
and *Richard J. Hardy* for appellants.

*Solicitor General Marshall, Assistant Attorney General
Turner, Howard E. Shapiro, Robert W. Ginnane* and
*Fritz R. Kahn* for the United States et al.

*Nuel D. Belnap* and *Richard J. Hardy* for Waterways
Freight Bureau, as *amicus curiae,* in support of appellants.

PER CURIAM.

The motion to affirm is granted and the judgment is
affirmed.